# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
*
O.B. PARTERNSHIP, *
A LIMITED PARTNERSHIP *
*
*Plaintiff*, * No. 04-1310C
*
v. *
* Filed: December 14, 2004
THE UNITED STATES, *
*
*Defendant*. * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to plaintiff's complaint. Defendant's answer is due on or before January 3, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge